IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3091 |
| | ) | |
| V. | ) | |
| | ) | |
| JOBITA WILLETTA AVERY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

Counsel for the government has advised me that the defendant is in the hospital and is paralyzed at this time. Based upon that advice, and with the consent of counsel for the government,

IT IS ORDERED:

(1) The arrest warrant in this case is withdrawn.

(2) The Clerk shall issue a summons for the defendant to appear on Friday, August 28, 2009, at 1:30 p.m., before the undersigned. Counsel for the government shall coordinate the service of the summons with law enforcement or the United States Marshals Service.

DATED this 29th day of July, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge