IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:09CR3091-2 |
| V. | ) | |
| JOBITA WILLETTA AVERY, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that the defendant's motion for judgment of acquittal and new trial (filing 151) is denied.

DATED this 8th day of February, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge