IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3091 |
| | ) | |
| V. | ) | |
| | ) | |
| JOBITA WILLETTA AVERY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

I am in receipt of a letter from Ms. Avery.

IT IS ORDERED that:

1. The Clerk shall file the letter.

2. Treated as a motion, it is denied.[1]

DATED this 5th day of February, 2013.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge

---

[1] Ms. Avery is advised that she may seek a certificate of appealability from the United States Court of Appeals for the Eighth Circuit.