IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3091 |
| | ) | |
| v. | ) | |
| | ) | |
| JOBITA WILLETTA AVERY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

The undersigned is in receipt of a letter from the defendant.

IT IS ORDERED that:

(1)   The Clerk of Court shall file the defendant's letter as a motion.

(2)   Treating the defendant's letter as a motion, it is denied.

(3)   The Clerk of Court shall send a copy of this order to the defendant at the defendant's last known address.

DATED this 2nd day of February, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge