IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. JOBITA WILLETTA AVERY, Defendant. | 4:09CR3091 ORDER |

After considering the pending motions by Ms. Avery,

IT IS ORDERED that:

(1) The Probation Office shall consider whether to revise the Retroactive Sentencing Worksheet (Filing no. 384) previously submitted and determine whether the revisions requested by Ms. Avery (Filing no. 405) are appropriate. The Probation Office should advise the undersigned of its decision.

(2) The government shall respond to the motion to reduce the defendant's sentence under the First Step Act (Filing no. 406) by February 10, 2020.

(3) The clerk shall provide a copy of this order to SUSPO Kelly T. Nelson.

Dated this 9th day of January, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge