IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JOBITA WILLETTA AVERY,<br><br>    Defendant. | 4:09CR3091<br><br>**ORDER** |

  The unopposed motion for termination of supervised release is granted (filing 434), and

  IT IS ORDERED that effective on the date of this order that defendant's period of supervised release is terminated.

  Dated this 19th day of July, 2022.

                BY THE COURT:

                *Richard G. Kopf*

                Richard G. Kopf
                Senior United States District Judge